# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**MISAEL MARTINEZ-SEQUEIRA,**

**Petitioner,**

v.

**WARDEN FCI FORT DIX,**

**Respondent.**

**Case No. 25–cv–17631–ESK**

**OPINION**

**KIEL, U.S.D.J.**

Petitioner Misael Martinez-Sequeira filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241 (Amended Petition) (ECF No. 4–1.)   The filing fee for a petition for writ of habeas corpus is $5.00.   Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing.   If a prisoner does not pay the filing fee and instead seeks to proceed *in forma pauperis*, that petitioner must submit (a) an affidavit setting forth information which establishes that the petitioner is unable to pay the fees and costs of the proceedings, and (b) a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's institutional account during the six-month period prior to the date of the certification.   L.Civ.R. 81.2(b).   If the institutional account of the petitioner exceeds $200, the petitioner shall not be considered eligible to proceed *in forma pauperis*.   L.Civ.R. 81.2(c).

Petitioner submitted an *in forma pauperis* application but did not include a certified statement.   (ECF No. 4.)   He alleges prison officials refused to sign the form.   (*Id.* p. 3.)   The Court will direct the Clerk to send petitioner a new *in forma pauperis* application to complete and return.   Petitioner should try to

obtain a signature.   If he cannot, he must submit a certification stating (1) the amount presently on deposit in his prison account and, (2) the greatest amount on deposit in his institutional account during the six-month period prior to the date of the certification.

An appropriate Order accompanies this Opinion.


_/s/ Edward S. Kiel_
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**

Dated:  December 8, 2025